E. MARSHALL HODGKINS #76796
ATTORNEY AT LAW
1186 W. SHAW, STE. 103
FRESNO, CA 93711
emhlaw@aol.com
TELEPHONE: 559-248-0900
FACSIMILE:  559-248-0901

Attorney for Defendant, MONA CHAVARIN

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>   V.<br><br>MONA CHAVARIN,<br><br>          Defendant. | Case No.: 1:15 CR 46 LJO<br><br>**STIPULATION OF THE PARTIES RE MODIFICATION OF TRAVEL RESTRICTIONS ON DEFENDANT MONA CHAVARIN** |

The United States of America, by and through its Counsel of Record Kathleen A. Servatius, Assistant United States Attorney, and E. Marshall Hodgkins, Attorney of Record for Defendant Mona Chavarin stipulate as follows:

1. Defendant Mona Chavarin's father died on April 23, 2015. She wishes to travel to Michoacan, Mexico for her father's funeral, and assist in the transportation of his body to Michoacan, Mexico from Tuesday, April 28, 2015 through Saturday, May 2, 2015.

2. The undersigned parties have no objection and agree that any restrictions on Defendant's Mona Chavarin's travel that were previously made by court order are modified to allow her to travel to Michoacan, Mexico between the dates April 28, 2015 to May 2, 2015.

IT IS SO STIPULATED.

Date: 4/24/15                                           /s/ Kathleen A. Servatius
                                                        **KATHLEEN A. SERVATIUS,**
                                                        **Assistant United States Attorney**


Date: 4/24/15                                           /s/ E. Marshall Hodgkins
                                                        **E. MARSHALL HODGKINS,**
                                                        **Attorney of Record for**
                                                        **Defendant Mona Chavarin**

**ORDER**

IT IS SO ORDERED.

   Dated:   **April 27, 2015**                 /s/ Gary S. Austin
                                               UNITED STATES MAGISTRATE JUDGE